## STATE OF CONNECTICUT v. RAUL LARRACUENTE
## (AC 20015)

Schaller, Mihalakos and Dupont, Js.

Argued January 22—officially released February 19, 2002

Per Curiam. The judgment is affirmed.

## ALEXANDER S. LANGER v. NATHAN'S
## PAWN SHOP ET AL.
## (AC 21942)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 11—officially released February 19, 2002

Per Curiam. The judgment is affirmed.